PHILIP LOMBARDO v. BOARD OF REVIEW.

January 20, 1981.

Petition for certification denied.

JOSEPH A. BARBIER v. ROSE PORIOR.

January 20, 1981.

Petition for certification denied.

CORRADO SALVEMINI v. JEMM CO.

January 20, 1981.

Petition for certification denied.

ANCHOR HOCKING CORPORATION v. STATE OF NEW JERSEY, DEPARTMENT OF ENVIRONMENTAL PROTECTION.

January 20, 1981.

Petition for certification denied.